TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00587-CV

Victoria Parsons, in Her Individual and Representative Capacities,

and Rosanne Bonnet, Appellants

v.

Andrea Brantley, Appellee

FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY

NO. 7464, HONORABLE BENTON ESKEW, JUDGE PRESIDING

PER CURIAM

 The parties have filed an agreed motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Appeal Dismissed on Agreed Motion

Filed: January 16, 1997

Do Not Publish